# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

132282

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                   SC: 132282
                                   COA: 271872
                                   Oakland CC: 2005-203502-FC

CRAIG IVAN HILL,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the September 1, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



t1120

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

_____
Clerk